IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SAVANNAH MCLEOD, individually and on behalf of similarly situated persons, ) ) ) Plaintiff, ) ) v. ) ) JUST A SLICE PIZZA LLC ) d/b/a "Domino's Pizza," WOW Pizza LLC ) and MICHAEL TINGEN, ) ) Defendants. ) | 1:20CV295 |

## MEMORANDUM OPINION AND ORDER

LORETTA C. BIGGS, District Judge.

The matter before the Court is a Joint Motion for Preliminary Approval of Settlement Agreement. (ECF No. 8.) The Court—having reviewed the Settlement and Release Agreement ("Settlement"), proposed notices to potential class members, Declaration by Plaintiff's counsel, and parties' brief—has determined, based on the redactions submitted to the Court, that it is unable to make the necessary findings to accept this settlement preliminarily. Should the parties wish to proceed, the Court ORDERS that they file an unredacted copy of the Settlement under seal accompanied by a Motion to Seal within ten days of the entry of this Order. A failure to do so will result in denial of preliminary approval.

This, the 24th day of November 2020.

/s/ Loretta C. Biggs
United States District Judge