# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SAVANNAH MCLEOD,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WOW PIZZA LLC** and **MICHAEL TINGEN,**<br><br>Defendants. | **Case No. 1:20-CV-00295-LCB-LPA** |

## JOINT MOTION FOR LEAVE TO APPEAR
## AT FINAL APPROVAL HEARING REMOTELY

Plaintiff Savannah McLeod ("Plaintiff") and Defendants Wow Pizza LLC and Michael Tingen ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby file this Joint Motion for Leave to Appear at Final Approval Hearing Remotely and in support state as follows:

1. The Parties have reached a settlement of the claims asserted in this case and are seeking the Court's final approval of the settlement. The Court has scheduled a Final Approval Hearing (the "Hearing") for January 10, 2022 at 10:00 AM EST.

2. In light of the ongoing COVID-19 pandemic and recent surge in cases, there are concerns among the Parties with both travel and in-person appearances.

3. The deadline for class members to object to the settlement ended Tuesday, November 23, 2021, and no class member has objected to the settlement as of the date of the filing of the instant motion. It is therefore highly unlikely that any class members will appear at the Hearing.

4. Counsel for both Parties are experienced in this type of litigation and have appeared

1

at multiple Final Approval Hearings for similar class settlements of pizza delivery driver wage and hour claims including via remote means with the permission of the courts in *Fletcher & Murray v. Tips, Inc.,* Case 1:18-cv-00937 (D. Colo.), *Goich v. NFSM Pizza, Inc. et al.*, Case 18-cv-204 (D. Wy.), and *Doyle v. Be Hurd, Inc. et al.*, Case 3:20-cv-138 (E.D. Tenn.). In Counsel's experience, no class members have appeared at a Final Approval Hearing in similar litigation involving pizza delivery drivers, excepting instances where the Named Plaintiff has appeared and where class members mistakenly thought they were required to appear. As such, it is the belief of Counsel for both Parties that it is unlikely any class members will appear; furthermore, should the Court desire, the Parties have no objections to the Court allowing class members to appear and speak at a designated time as would be appropriate and typical for an in-person Final Approval Hearing.

WHEREFORE, the Parties request leave of this Court to appear remotely for the Final Approval Hearing.

*/s/ Jacob J. Modla*
Jacob J. Modla
Bar No. 17534
115 Elk Ave.
Rock Hill, SC 29730
803-328-0898
jmodla@jasonetaylor.com

*/s/ Jay Forester*
**J. Forester**
Texas Bar No. 24087532
400 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214)-210-2100
jay@foresterhaynie.com

**COUNSEL FOR PLAINTIFF**

2

/s/ *Kevin J. Dalton*
**Kevin J. Dalton**
NC Bar No. 24197
227 West Trade Street., Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 334-4565
kdalton@fisherphillips.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed using the Court's Electronic Case Filing System and will be served on all counsel of record using the same.

/s/ *Jay Forester*_____